# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DARRAYAH SANCHEZ, ) <br> ) <br> Defendant. ) <br> _____ ) | 3:19-CR-0007-MMD-CLB <br><br> **MINUTES OF THE COURT** <br><br> April 8, 2020 |

PRESENT: <u>THE HONORABLE CARLA BALDWIN</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>       LISA MANN       </u>   REPORTER: <u>NONE APPEARING   </u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                             </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                           </u>

**MINUTE ORDER IN CHAMBERS:**

The court has reviewed the stipulation for temporary release (ECF No. 67). The stipulation does not comply with the court's standing order re procedure for review of detention orders in light of the Coronavirus pandemic (ECF No. 66) which states, in part:

> If a stipulation to re-open detention is reached by the parties, the stipulation must be filed in the CM/ECF system and a copy must be provided to Pretrial Services. The stipulation must state if the accused agrees to waive his or her appearance at the re-opened detention hearing or if he or she consents to be present by videoconference. Upon receipt of the stipulation, the court will set a hearing.

(ECF No. 66, pg. 3). The parties have leave to file an amended stipulation that expressly addresses these issues and confirms that Pretrial Services has been provided a copy of the stipulation.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:         /s/                        
Deputy Clerk